UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN W. SHORT,
    Plaintiff,

vs.                                  Case No.:  3:24cv516/LAC/ZCB

KELVIN C. WELLS,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 29, 2024.  (Doc. 4).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted. Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED** as frivolous under 28 U.S.C. § 1915A.

3.    All pending motions is **DENIED**.

4.  The Clerk of Court is directed to close this case.

**DONE AND ORDERED** this 4th day of December, 2024.

                                    s/*L.A. Collier*
                                **LACEY A. COLLIER**
                                **SENIOR UNITED STATES DISTRICT JUDGE**